**JUDGE MARRERO**

08 CV 6847

RECEIVED JUL 31 2008 U.S.D.C. S.D.N.Y. CASHIERS

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
PROBULK CARRIERS LTD.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PROBULK CARRIERS LTD.,

                Plaintiff,

      v.

GLOBAL LOGISITICS CO. LTD.
and
GLL COMPANY LTD.,

                Defendants.
------------------------------------------------------------------X

08 CV 6897 (VM)

**STATEMENT PURSUANT TO RULE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, PROBULK CARRIERS LTD., certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: Port Washington, New York
       July 31, 2008

                              CHALOS, O'CONNOR & DUFFY, LLP
                              Attorneys for Plaintiff,
                              PROBULK CARRIERS LTD.

            By:    _____
                              Owen F. Duffy (OD-3144)
                              George E. Murray (GM-4172)
                              366 Main Street
                              Port Washington, New York 11050
                              Tel: (516) 767-3600 / Fax: (516) 767-3605